IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WALTERS, STACEY DENISE

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

APPLE

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. DLB 25CV2872

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

HD

Rcv'd by: em

USDC- GREENBELT
'25 SEP 2 AM10:57

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    WALTERS, STACEY DENISE

Street Address          3800 ANNAPOLIS RD #306

City and County         BLADENSBURG, MD 20710

State and Zip Code      MARYLAND  20710

Telephone Number        301  860 9386

E-mail Address          STACEYDENI@HOTMAIL.COM

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    APPLE

Job or Title
(if known)

Street Address          ONE APPLE PARK WAY

City and County         CUP. CUPERTINO

State and Zip Code      CA  95014

Telephone Number        (408) 996 - 1010

E-mail Address
(if known)

2

Defendant No. 2

    Name              _____

    Job or Title
    (if known)        _____

    Street Address    _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)        _____

Defendant No. 3

    Name              _____

    Job or Title
    (if known)        _____

    Street Address    _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)        _____

Defendant No. 4

    Name              _____

    Job or Title
    (if known)        _____

    Street Address    _____

    City and County   _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address
    (if known)        _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question               ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* WATTERS STACEY, is a citizen of the State of *(name)* MARYLAND.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* APPLE, is incorporated under the laws of the State of *(name)* CALIFORNIA, and has its principal place of business in the State of *(name)* CALIFORNIA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

25,000,000 MILLION
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



IN AUGUST OF 2024 MY APPLE IPAD SCREEN CRACKED ON A STAND UP HOLDER IN MY LIVING ROOM. LIKE MOST PEOPLE DO, I UTILIZED IT UNTIL I WAS ABLE TO OBTAIN A NEW ONE UNBEKNOWNST TO ME THE GLASS (FIBER GLASS) GOT INTO MY CARPET HAS GOTTEN INTO MY SKIN (MY FEET) AND WREAKED ABSOLUTE HAVOC ON MY BODY. MY SKIN HAS BEEN SCARRED BRUISED AND DITCHED DUE TO THE GLASS. THERE SHOULD BE A SERIOUS WARNING ABOUT THE HARM THAT COULD BE CAUSED WHILE USING A CRACKED APPLE PRODUCT. IT IS UNSAFE AND IS TRULY A SAFETY. MY BODY IS SUFFERING SCARS LESIONS AND MULTIPLE DOCTORS HOSPITAL VISITS TO INVESTIGATE WHAT WAS GOING ON WITH MY BODY ONLY TO FIND OUT IT ALL STEMMED FROM GLASS FROM AN APPLE PRODUCT.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I'M ASKING FOR MONETARY DAMAGES FOR EXTREME PAIN AND SUFFERING, MENTAL AND PHYSICAL MY LIFE WILL NEVER BE THE SAME.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1__ 2, 20__25__.

Signature of Plaintiff _____

Printed Name of Plaintiff ____STACEY WATERS____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

8